IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TARGET CORPORATION CUSTOMER SECURITY BREACH LITIGATION, | NO. 13 C 9070, consolidated with Nos. 13 C 9336, 13 C 9147, 13 C 9165, 13 C 9188, 13 C 9232, 13 C 9279 |
| | Judge Robert W. Gettleman |
| | Magistrate Judge Sheila M. Finnegan |

## **ORDER**

This matter came before the court on pending motions and other matters. For the reasons stated in open court, it is hereby ordered:

(1) Plaintiffs' motion for a protective order regarding communications by Target to members of the putative class (Doc. 24, 13 C 9070) is denied.

(2) Plaintiff Due Fratelli, Inc.'s motion for a preliminary injunction regarding credit monitoring services (Doc. 21, 13 C 9336) is denied as moot, based on counsel for Target's representation that the arbitration clause in the Experian agreement for credit monitoring does not apply to any claim by any putative class member against Target.

(3) Plaintiffs' motions for class certification in all cases (Doc. 4, 13 C 9070; Doc. 3, 13 C 9147; Doc. 3, 13 C 9165; Doc. 6, 13 C 9188; Doc. 3, 13 C 9279) are continued to February 20, 2014, at 2:30 p.m.

(4) Defendant Target's motion to stay proceedings (Doc. 12, 13 C 9070; Doc. 11, 13 C 9147; Doc. 17, 13 C 9165; Doc. 14, 13 C 9188; Doc. 15, 13 C 9336 ) is continued to February 20, 2014, at 2:30 p.m.

(5) Plaintiff Due Fratelli, Inc.'s motion for protective order regarding preservation of evidence (Doc. 11, 13 C 9336) is continued to February 20, 2014, at 2:30 p.m. Interim Co-Lead

Counsel for plaintiffs shall file a proposal for issuing subpoenas to third parties to ensure preservation of information by those parties by February 14, 2014. In the event the court permits such discovery, the court contemplates that it will stay the return of those subpoenas pending action by the Judicial Panel on Multidistrict Litigation. At this point in time, the court accepts defendant Target's representations that it is preserving all evidence regarding the data breach at issue in this litigation.

**ENTER:** **February 11, 2014**

_____
**Robert W. Gettleman**
**United States District Judge**