IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: TARGET CORPORATION CUSTOMER | ) | NO. 13 C 9070, consolidated with |
| SECURITY BREACH LITIGATION, | ) | Nos. 13 C 9336, 13 C 9147, 13 C 9165, 13 C 9188, 13 C 9232, 13 C 9279 |
| | ) | |
| | ) | Judge Robert W. Gettleman |
| | ) | Magistrate Judge Sheila M. Finnegan |

## **ORDER**

This matter came before the court on defendant Target Corporation's motion to stay proceedings (Doc. 12) and plaintiffs' motion for protective order (Doc. 71), along with the parties' agreement to issue subpoenas for the sole purpose of preserving evidence or potential evidence. For the reasons stated in open court, it is hereby ordered:

(1) Defendant's motion to stay (Doc. 12) and plaintiffs' motion for a protective order (Doc. 71) are granted in part as follows: Interim Co-Lead Counsel for the putative class may issue subpoenas in the form submitted to the court this date to Fazio Mechanical Service, Inc., Microsoft Corporation, Bank of America Corporation, Ariba, Inc., and Trustwave, solely for the purpose of the preservation of evidence or potential evidence. Responses and objections to said subpoenas are hereby stayed, as is the production of documents as called for in those subpoenas.

(2) With the exception of the issuance of the subpoenas described above, all other matters in these consolidated actions are stayed pending further order of court.

(3) This matter is set for a status hearing on April 15, 2014, at 10:00 a.m. If the Judicial Panel on Multidistrict Litigation has not ruled on the status of these cases and similar cases

pending around the country by then, counsel should inform the court and the status hearing will be continued.

**ENTER: February 27, 2014**

_____

**Robert W. Gettleman**
**2United States District Judge**